UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR NIDAL,<br><br>        Plaintiff,<br><br>    v.<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>        Defendant. | 24-CV-88 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On January 25, 2024, the Court ordered the parties to file a joint status letter by March 20, 2024.  See ECF No. 13.  That date has now passed, and the Court is in receipt of no submission.  Additionally, the Plaintiff has yet to appear in this case.  Accordingly, it is hereby ORDERED that the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **March 28, 2024**.

  It is further ORDERED that the initial pretrial conference scheduled to take place on March 28, 2024, is adjourned to **April 4, 2024, at 11:30 a.m. (E.T.)**.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 212 506 745.

  Defendant is further ORDERED to serve Plaintiff with a copy of this Order by **March 25, 2024**.  Plaintiff is further ORDERED to enter an appearance in this case as soon as possible, and by no later than **March 28, 2024**.  The parties are advised that failure to comply with this Court's orders may result in sanctions, including dismissal for failure to prosecute.

  SO ORDERED.

Dated: March 21, 2024

  New York, New York

_____
DALE E. HO
United States District Judge