UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR NIDAL,<br><br>                        Plaintiff(s),<br><br>                v.<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>                        Defendant(s). | 24 Civ. 88 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **March 28, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **April 4, 2024,** at **11:30 a.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: March 29, 2024
       New York, New York

_____
              DALE E. HO
       United States District Judge